**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No.: 25-mj-211** |
| **v.** | **:** | |
| | **:** | |
| **JOSHUA LEVY,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**JOINT MOTION TO CONTINUE THE PRELIMINARY HEARING AND EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT**

The United States of America, by and through the United States Attorney for the District of Columbia, and Defendant Joshua Levy ("Levy"), by and through his counsel, respectfully move the Court (i) to continue the Preliminary Hearing scheduled in this case and (ii) for an Order to Exclude Time Pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(b).

1.      On September 8, 2025, the United States of America filed a complaint charging Levy with one count of violating 18 U.S.C. § 924(c)(1)(A)(i) (Using, Carrying, and Possessing a Firearm During and in Relation to a Crime of Violence or a Drug Trafficking Offense). ECF 1.

2.      The defendant is currently on release pursuant to conditions imposed by Magistrate Judge Sharbaugh on September 11, 2025. *See* Sept. 23, 2025 Minute Order.

3.      A Preliminary Hearing has been scheduled for October 10, 2025, at 11:30 a.m. Counsel for Defendant Levy is not available due to a conflict.

4.      The United States of America has produced initial discovery to Defendant Levy's new counsel.

5.      The parties desire to exclude time pursuant to the Speedy Trial Act and continue the Preliminary Hearing for at least 14 days to allow time for defense counsel to review discovery

in this case and for the parties to meet and confer to explore a potential resolution of the case prior to indictment.

WHEREFORE, the parties respectfully request that this Court issue an Order excluding all time from the calculation of time pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(b) from October 1, 2025, until the next hearing is held in this matter. The parties respectfully request that such hearing be scheduled on a date and time after October 24, 2025.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    /s/ *Jason McCullough*
       JASON B.A. McCULLOUGH
       D.C. Bar No. 998006; NY Bar No. 4544953
       Assistant United States Attorney
       601 D Street NW
       Washington, D.C. 20530
       (202) 252-7233
       jason.mccullough2@usdoj.gov

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 25-mj-211** |
| **v.** | : | |
| | : | |
| **JOSHUA LEVY,** | : | |
| | : | |
| **Defendant.** | : | |

## **PROPOSED ORDER**

Upon consideration of the Parties Joint Motion to Continue the Preliminary Hearing and Exclude Time Pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(b), it is HEREBY ORDERED that all time from October 1, 2025, until the next hearing in this matter shall be excluded from the calculation of time pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(b); and it is HEREBY ORDERED that the Preliminary Hearing scheduled for October 10, 2025, is continued.

It is further HEREBY ORDERED that the Parties are directed to appear for a Preliminary Hearing on _____, 2025, at _____ a.m. / p.m.

SO ORDERED this _____ day of _____, 2025.

Date:                                                  _____
                                                        HON. MATTHEW J. SHARBAUGH
                                                        UNITED STATES MAGISTRATE JUDGE